UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA VELEZ,   JUDGMENT
   06-CV- 0190 (DLI)
        Plaintiff,

  -against-

DANIEL LEE COX, et al.,

        Defendants.
-----------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 27, 2006, granting defendants' motion to dismiss; and dismissing the action for lack of jurisdiction; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss is granted; and that the action is dismissed for lack of jurisdiction.


Dated: Brooklyn, New York
      June 27, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court